```
                   UNITED STATES DISTRICT COURT
                    DISTRICT OF MASSACHUSETTS
```

| | | |
|---|---|---|
| ABELARDO CUEVAS, | ) | |
|     Petitioner | ) | CIVIL ACTION NO. |
| | ) | 05-11474-REK |
|     v. | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
|     Respondent | ) | |
| | ) | |

**Notice Of Appearance Of Attorney
For The Government**

The United States of America, by Michael J. Sullivan, United States Attorney, and Michael J. Pelgro, Assistant U.S. Attorney, hereby files this notice of appearance of Assistant U.S. Attorney Michael J. Pelgro as attorney for the government in the above-captioned action.

                                                Respectfully submitted,

                                                MICHAEL J. SULLIVAN
                                                United States Attorney

                                     By:   /s/ Michael J. Pelgro
                                                Michael J. Pelgro
                                                Assistant U.S. Attorney

DATED:     July 21, 2005.

CERTIFICATE OF SERVICE

This is to certify that I have this day served upon the person listed below a copy of the foregoing document by depositing in the United States mail a copy of same in an envelope bearing sufficient postage for delivery:

>    Abelardo Cuevas
>    Inmate No. 18852-038
>    FCI Fort Dix
>    P.O. Box 7000
>    Fort Dix, NJ 08640

This 21st day of July 2005.

>                           s/Michael J. Pelgro
>                           MICHAEL J. PELGRO
>                           ASSISTANT UNITED STATES ATTORNEY